```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

DEBORAH J. LYNNE,              )
       Plaintiff,              )
                               )        CIVIL ACTION
v.                             )        NO. 07-12304
                               )
CHASE BANK USA, N.A.,          )
       Defendant.              )
```

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

The Court having been advised that the above-entitled action has been settled on **JANUARY 31, 2008** with respect to all parties;

IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within **30 days**, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **MARCH 3, 2008.**

                                        BY THE COURT,

                                        /S/ Jarrett Lovett
DATED: January 31, 2008                 Deputy Clerk